AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

____FIRST____ DISTRICT OF ____MASSACHUSETTS____

United States

v.

Philip Dippolt

**APPEARANCE**

Case Number: 05-30052 MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    the United States

I certify that I am admitted to practice in this court.

____July 7, 2005____
Date

____(signature)____
Signature

__Ariane D. Vuono__    __545766__
Print Name                Bar Number

__1550 Main Street, Room 310__
Address

__Springfield__    __MA__    __01103__
City              State    Zip Code

__785-0235__    __785-0934__
Phone Number    Fax Number