✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA

V.

PHILIP DIPPOLT

## NOTICE

CASE NUMBER:   05-30052-MAP

TYPE OF CASE:

☐ **CIVIL**          ☒ **CRIMINAL**

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street<br>Springfield, MA 01103 | Courtroom Three |
| | DATE AND TIME |
| | August 1, 2005 at 3:00 p.m. |

TYPE OF PROCEEDING

INITIAL APPEARANCE AND ARRAIGNMENT
* Counsel and Defendant shall make arrangements with Pretrial Services for an interview, *
* to be scheduled prior to the date of the hearing. *

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

TONY ANASTAS, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

July 7, 2005
DATE

/s/ Bethaney A. Healy
(BY) DEPUTY CLERK

TO:    All counsel of record