AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____   DISTRICT OF   _____

**APPEARANCE**

Case Number: 05cr30052

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for *Philip Dippolt*

Aug 1, 2015
Date

Signature

David P. Hoose
Print Name

Address

City   State   Zip Code

732-1939
Phone Number