UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal Action No. 05-30052-MAP |
| ) | |
| PHILIP DIPPOLT, ) | |
| Defendant ) | |

INITIAL STATUS REPORT
September 20, 2005

NEIMAN, U.S.M.J.

The court held an initial Status Conference this day, pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(D), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled a Final Status Conference for November 10, 2005.

3. The parties agree and the court finds that no time has yet run on the Speedy Trial clock. An order of excludable delay shall issue.

4. There are no other matters relevant to the progress or resolution of the case.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge