UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * *
                                   *
UNITED STATES OF AMERICA           *
                                   *
        v.                         *      CRIMINAL NO. 05-30052-MAP
                                   *
PHILLIP DIPPOLT                    *
                                   *
* * * * * * * * * * * * * * * * * *
```

## DEFENDANT'S MOTION FOR AMENDMENT TO CONDITIONS OF RELEASE

Now come the defendant in the above captioned matter and requests that this Honorable Court amend his conditions of release as follows: to permit him to travel to the Concord, New Hampshire area on October 22 and 23, 2005. The defendant will return to his home on October 23.

The Government assents to this motion.

THE DEFENDANT

By ___/s/ David P. Hoose_____
DAVID P. HOOSE, BBO#239400
KATZ, SASSON, HOOSE & TURNBULL
1145 Main Street, Suite 304
Springfield, MA  01103
(413) 732-1939
(413) 746-5767 [fax]