UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 05-30052-MAP |
| | ) |
| PHILIP DIPPOLT, | ) |
| Defendant. | ) |

THE PARTIES' JOINT FINAL STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and David Hoose, attorney for the defendant, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written order.

1. There are no pending discovery requests and the parties believe that other than discovery that must be provided within 21 days of a trial, all discovery has been provided.

2. The parties do not anticipate filing any motions.

3. The parties state that the time from arraignment, through the present is excludable from the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3). Accordingly, the government requests that the Court issue an order indicating that the time from

arraignment to the present is excludable pursuant to Local Rule 112.2(B).

4.  The parties believe that the defendant will likely enter a change of plea to the charge set forth in the Indictment. The parties have not yet finalized plea negotiations due to other commitments, however it is appropriate to schedule a conference before the Honorable Judge Michael A. Ponsor.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *Ariane D. Vuono*
Ariane D. Vuono
Assistant U.S. Attorney

*David Hoose (ADV)*
David Hoose, Esq.
Counsel for Philip Dippolt

Dated: November 9, 2005