UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-30052-MAP |
| | ) | |
| PHILIP DIPPOLT, | ) | |
| Defendant | ) | |

FINAL STATUS REPORT
November 22, 2005

NEIMAN, U.S.M.J.

The court held a final status conference on November 21, 2005, and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. All discovery has been completed.

2. An initial pretrial conference has been scheduled for December 8, 2005, at 2:00 p.m. in Courtroom I. It is likely that Defendant will be changing his plea.

3. The parties -- and the court -- agree that, as of today, no time has run on the Speedy Trial clock. An Order of Excludable Time shall issue.

4. There are no other matters relevant to the progress or resolution of the case.

　　　　　　　　　　　　　　　　　　　　　/s/ Kenneth P. Neiman
　　　　　　　　　　　　　　　　　　　　　KENNETH P. NEIMAN

U.S. Magistrate Judge