UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-30052-MAP |
| ) | |
| PHILIP DIPPOLT, ) | |
| ) | |
| Defendant. ) | |

### THE GOVERNMENT'S MOTION FOR ORDER OF EXCLUDABLE DELAY
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests the Court to issue an order of excludable delay from September 20, 2005, through February 9, 2006. In support of its motion the government states as follows:

1. On September 9, 2005, the Court issued an order of excludable delay from August 1, 2005, through September 20, 2005.

2. A pretrial conference was held on December 8, 2005. Between September 20th and December 8, 2005, counsel for the Defendant reviewed voluminous discovery and met with counsel for the government on several occasions to discuss a potential resolution of this case. The parties submit that the time between September 20th and December 8, 2005 was utilized for the effective preparation of the case and therefore this time should be excluded under the Speedy Trial Act.

3. Thereafter, during the December 8th status conference, counsel for the Defendant requested additional time to file a motion to suppress. The Court allowed the request and ordered the defendant to file a motion to suppress by January 26, 2006. The Court also scheduled oral arguments regarding the Defendant's Motion to Suppress for February 9, 2006. After reviewing the facts and researching the applicable case law, counsel for the Defendant has now determined that there is no basis for filing a motion to suppress. Counsel has further requested that the February 9th hearing be rescheduled as a status conference. The parties submit that the time between December 8, 2005 and February 9, 2006, was properly utilized by the Defendant to research potentially significant legal issues and to further discuss the case with counsel for the government. Accordingly, the time between December 8th and the next scheduled status conference on February 9, 2006, should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(F).

In sum, based on the need to complete a thorough review of the documents seized from the Defendant's computer, the need for research to determine the validity of the search warrant and the need to discuss a reasonable resolution of this case, the ends of justice served by excluding the time between September 20, 2005 and February 9, 2006, outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, the government respectfully requests that the

Court issue an order excluding the time from September 20, 2005, to February 9, 2006, under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(F) and (8).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Ariane D. Vuono
Ariane D. Vuono
Assistant U.S. Attorney

Dated: January 26, 2005

CERTIFICATE OF SERVICE

Hampden, ss.                    Springfield, Massachusetts
                                January 26, 2006

I, Ariane D. Vuono, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail on David Hoose, Esq., 1145 Main Street, Suite 304, Springfield, MA 01103.

/s/ Ariane D. Vuono
Ariane D. Vuono
Assistant U.S. Attorney