✎AO 458 (Rev.  USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

|  | DISTRICT OF | MASSACHUSETTS |
|---|---|---|

UNITED STATES

**v.**                                                           **APPEARANCE**

PHILIP DIPPOLT

Case Number:    CR-05-30052-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States

I certify that I am admitted to practice in this court.

| 2/13/2006 | /s/ Thomas J. O'Connor, Jr. |
|---|---|
| Date | Signature |
| | Thomas J. O'Connor, Jr.          640433 |
| | Print Name                    Bar Number |
| | 1550 Main Street, Room 310 |
| | Address |
| | Springfield          MA      01103 |
| | City              State          Zip Code |
| | 413-785-0395          413-785-0394 |
| | Phone Number              Fax Number |