UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*
UNITED STATES OF AMERICA     \*
\*
v.     \*     CRIMINAL NO.  05-30052-MAP
\*
PHILLIP DIPPOLT     \*
\*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S MOTION TO CONTINUE SENTENCING

Now come the defendant in the above captioned matter and requests that this Honorable Court continue the sentencing in this matter from May 30, 2006 to July 5, 2006 or some other mutually convenient date thereafter.  As grounds for this motion the defendant states as follows:

1. The Government has sought multiple levels of enhancement based upon the nature of the images in question in this child pornography possession case.  Counsel has reviewed the images only cursorily and it is now apparent that he must do so in greater detail.  Counsel has attempted to find dates upon which he could look at the material in question, prior to the currently assigned AUSA leaving the office but has been unable to find adequate time that works for both parties.  The case is therefore being reassigned to a new AUSA who will have to coordinate dates with counsel.

2. Counsel is currently tied up with several trial court matters and a looming deadline for the filing of a Petition for Rehearing En Banc in United States v. Winston.

3. The defendant is in very poor health. Counsel is endeavoring to document the defendant's health problems, but at the moment has not received a report from his treating cardiologist/electrophysiologist. As preliminary drafts of the PSR have already been circulated, it is clear that counsel will not be able to have the input that is appropriate and necessary within the current time constraints.

        THE DEFENDANT

        By /s/ David P. Hoose
        DAVID P. HOOSE, BBO#239400
        KATZ, SASSON, HOOSE & TURNBULL
        1145 Main Street, Suite 304
        Springfield, MA 01103
        Tel: (413) 732-1939
        Fax: (413) 746-5767