AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

United States, Plaintiff

v.

Philip Dippolt, Defendant

**APPEARANCE**

Case Number:    05CR30052-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for     United States of America.

I certify that I am admitted to practice in this court.

5/3/06
Date

Signature

KAREN L. GOODWIN     549398
Print Name     Bar Number

U.S. ATTORNEY'S OFFICE, 1550 MAIN ST., #310
Address

SPRINGFIELD     MA     01103
City     State     Zip Code

413-785-0235     413-785-0394
Phone Number     Fax Number