UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * *
\*
**UNITED STATES OF AMERICA**         \*
\*
v.                         \*     CRIMINAL NO. 05-30052-MAP
\*
**PHILLIP DIPPOLT**                  \*
\*
* * * * * * * * * * * * * * * * * *

### DEFENDANT'S MOTION TO RECONSIDER HIS MOTION TO CONTINUE SENTENCING

Now come the defendant in the above captioned matter and requests that this Honorable Court reconsider its denial of his motion to continue the sentencing in this matter from May 30, 2006 to July 5, 2006 or some other mutually convenient date thereafter. As grounds for this motion the defendant states as follows:

1. In denying the motion, the court indicated that it was unclear as to why the work that needs to be accomplished could not be done before the current sentencing date. In response, counsel states that it is *possible* that it could be done before the sentencing date, but it is *not possible* to have it done in time to be incorporated in the presentence report.

2. The motion to continue sentencing was prompted by defense counsel's receipt of the draft presentence report which indicates that all objections are due by May 10. Counsel has a previously planned day off on May 5 to pick up his son at college. Counsel has a previously planned conference

in Boston on May 10. Counsel has a Motion for Rehearing En Banc due on the Winston matter, which was due on May 8, and for which he has sought an extension until May 15.

3. Counsel has learned the hard way the importance of getting all objections and mitigating facts into the presentence report. On previous occasions when he has submitted his own memorandum containing this material, he has learned that this is not transmitted to the BOP in the event of a sentence of incarceration.

4. Counsel has been trying to find mutually convenient days to go to the United States Attorneys Office to view the many images that are part of the Government's case. To date I have not been able to schedule a mutually convenient time to view the images so that I can respond to the upward adjustments urged by the Government and adopted by the draft PSR.

5. In addition, although I have requested a report by May 1 from the defendant's treating cardiologist/electrophysiologist, I have not yet received it. I know from other sources that this individual has recently been named acting Chair of the Department of Cardiology at Baystate Medical Center and is therefore likely very busy. I am sending a follow up letter immediately, requesting that he provide me with his report as soon as possible so that it can be included in the PSR. Again, from past experience, I fear that if this is not included in the PSR and Mr. Dippolt is

incarcerated, this information will not receive the attention that it deserves.

6. For all of the above reasons, the defendant again requests a postponement of sentencing for at least thirty days.

                THE DEFENDANT

                By /s/ David P. Hoose
                DAVID P. HOOSE, BBO#239400
                KATZ, SASSON, HOOSE & TURNBULL
                1145 Main Street, Suite 304
                Springfield, MA  01103
                (413) 732-1939
                (413) 746-5767 [fax]