UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * *
                                 *
UNITED STATES OF AMERICA         *
                                 *
         v.                      *    CRIMINAL NO. 05-30052-MAP
                                 *
PHILLIP DIPPOLT                  *
                                 *
* * * * * * * * * * * * * * * * *
```

## DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE

Now comes the defendant in the above captioned matter and requests that this Honorable Court depart downward from the advisory United States Sentencing Guidelines for the reasons stated in his sentencing memorandum.

THE DEFENDANT

By _____

DAVID P. HOOSE, BBO#239400
KATZ, SASSON, HOOSE & TURNBULL
1145 Main Street, Suite 304
Springfield, MA 01103
(413) 732-1939
(413) 746-5767 [fax]