UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | Criminal No. 05CR30052-MAP |
| ) | |
| **PHILIP J. DIPPOLT,** ) | |
| ) | |
| **Defendant** ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America hereby appeals to the United States Court of Appeals for the First Circuit from the sentence imposed by the district court (Ponsor, J.) on the defendant Philip J. Dippolt on July 12, 2006 and from the resulting Judgment in a Criminal Case entered on July 13, 2006.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/Karen L. Goodwin
KAREN L. GOODWIN
Assistant U.S. Attorney


Certificate of Service

I hereby certify that on August 7, 2006, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/Karen L. Goodwin
KAREN L. GOODWIN
Assistant U.S. Attorney