UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05cr30052-MAP

UNITED STATES OF AMERICA

v.

PHILIP J. DIPPOLT,

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

#'s  1 - 26

and contained in   1   Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on _____ .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on . 8/8/07

Sarah A Thornton, Clerk of Court

By:  /s/ Mary Finn
     Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____ .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:  _____

APPEAL

# United States District Court
## District of Massachusetts (Springfield)
### CRIMINAL DOCKET FOR CASE #: 3:05-cr-30052-MAP-ALL

Case title: USA v. Dippolt                    Date Filed: 07/07/2005

Assigned to: Judge Michael A Ponsor
Referred to: Magistrate Judge Kenneth P. Neiman

**Defendant**

**Philip Dippolt** (1)
*TERMINATED: 07/13/2006*

represented by **David P. Hoose**
Katz, Sasson, Hoose & Turnbull
Suite 304
1145 Main Street
Springfield, MA 01103
413-732-1939
Fax: 413-746-5767
Email: dhoose@ksht.tv
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

18 U.S.C. 2252(a)(4)(B) Possession of Child Pornography
(1)

**Disposition**

12 months and one day imprisonment; Def. to self surrender by 10:00 a.m. on 8/2/06; Supervised release 3 yrs; poss. no firearm;cooperate in collection of DNA; Consume no alcoholic beverages; participate in program for substance and alcohol abuse counseling as directed and contribute to costs; participate in sex offender specific treatment program which may include sex offender specific testing and contribute to costs; submit to periodic polygraph testing to insure compliance w/therapeutic program and contribute to costs; 24 mos home detention w/electronic monitoring and pay daily rate; prohibited from enaging in an occupation, business or profession which would require or enable him to have direct or indirect supervision of children under the age of

        18; no viewing or possession of any kind of pornography or sexually explicit materials; no use of internet at home, work or elsewhere, shall not maintain a computer at his residence; report address and any subsequent address changes to probation; register as sex offender as required in any state where he resides, is employed, carries on a vocation or is a student; $100 assessment fee due immediately; forfeit any all matter which contains visual depictions produced, transported, shipped or received in violation of 18:2252 and/of 2252A; including computer system and related items seized by law enforcement officials on 10/20/04;

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                              **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                     **Disposition**

None

---

**Plaintiff**

USA                              represented by    **Ariane D. Vuono**
                                                   United States Attorney's Office
                                                   Suite 310
                                                   1550 Main Street
                                                   Springfield, MA 01103
                                                   413-785-0330
                                                   Fax: 413-785-0394
                                                   *TERMINATED: 05/30/2006*
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Karen L. Goodwin**
                                                   United States Attorney's Office

1550 Main Street
Springfield, MA 01103
413-785-0269
Fax: 413-785-0394
Email: karen.goodwin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J. O'Connor, Jr.**
Shatz, Schwatz and Fentin, P.C.
1441 Main Street
Suite 1100
Springfield, MA 01103
413-737-1131
Fax: 413-736-0375
Email: TO'Connor@ssfpc.com
*TERMINATED: 05/30/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/07/2005 | 1 | INDICTMENT as to Philip Dippolt (1) count(s) 1. (Attachments: # 1 JS-45 Form) (Healy, Bethaney) (Entered: 07/07/2005) |
| 07/07/2005 | 2 | NOTICE OF ATTORNEY APPEARANCE Ariane D. Vuono appearing for USA. (Healy, Bethaney) (Entered: 07/07/2005) |
| 07/07/2005 | 3 | NOTICE OF HEARING as to Philip Dippolt, ISSUED, cc:cl. Initial Appearance and Arraignment set for 8/1/2005 at 3:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 07/07/2005) |
| 07/19/2005 |  | NOTICE OF RESCHEDULING as to Philip Dippolt ISSUED, cc:cl/PTS. Initial Appearance and Arraignment moved to 8/1/2005 at 11:00 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 07/19/2005) |
| 08/01/2005 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Vuono and Hoose) and Defendant appear for Initial Appearance and Arraignment as to Philip Dippolt (1) Count 1 held on 8/1/2005. Deft advised of rights. Deft pleads not guilty to charges. Schedule established with order to issue. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 08/01/2005) |
| 08/01/2005 | 4 | NOTICE OF ATTORNEY APPEARANCE David P. Hoose appearing for Philip Dippolt, filed. (Healy, Bethaney) (Entered: 08/02/2005) |
| 08/01/2005 | 5 | NOTICE re automatic disclosure as to Philip Dippolt (Healy, Bethaney) (Entered: 08/02/2005) |
| 08/01/2005 | 6 | Magistrate Judge Kenneth P. Neiman. ORDER Setting Conditions of |

| | | |
|---|---|---|
| | | Release as to Phillip Dippolt, ENTERED, cc:cl. [Conditions: execute a $10,000 unsecured bond; obtain no passport; no use of a computer in the home or any other location] (Healy, Bethaney) (Entered: 08/02/2005) |
| 08/02/2005 | 7 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER as to Philip Dippolt ENTERED, cc:cl. Initial Status Conference set for 9/20/2005 at 1:30 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint memo by no later than 9/19/05. (Healy, Bethaney) Modified on 8/3/2005 (Finn, Mary). (Entered: 08/02/2005) |
| 08/03/2005 | | Notice of correction to docket made by Court staff. Correction: text of document 7 corrected because: date of 9/16/2005 to 9/19/2005 as to Philip Dippolt for the filing of the parties joint memorandum. (Finn, Mary) (Entered: 08/03/2005) |
| 09/20/2005 | 8 | Parties JOINT STATUS REPORT by Philip Dippolt, USA as to Philip Dippolt filed. (Finn, Mary) (Entered: 09/20/2005) |
| 09/20/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Vuono and Hoose) appear for Initial Status Conference as to Philip Dippolt held on 9/20/2005. Colloquy re: status of discovery. Scheduling Order to issue. (Digital Recording #FTR.) (Healy, Bethaney) (Entered: 09/20/2005) |
| 09/20/2005 | 9 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER as to Philip Dippolt ENTERED, cc:cl. Interim Status Conference set for 11/10/2005 at 12:30 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint memo by 11/8/05. (Healy, Bethaney) (Entered: 09/20/2005) |
| 09/20/2005 | 10 | Magistrate Judge Kenneth P. Neiman. STATUS REPORT as to Philip Dippolt, ISSUED, cc:cl. (Healy, Bethaney) Additional attachment(s) added on 9/21/2005 (Finn, Mary). (Entered: 09/20/2005) |
| 09/20/2005 | 11 | Magistrate Judge Kenneth P. Neiman. ORDER ON EXCLUDABLE DELAY as to Philip Dippolt, ENTERED, cc:cl. Time excluded from August 1, 2005 until September 20, 2005. (Healy, Bethaney) (Entered: 09/20/2005) |
| 09/21/2005 | | re: Document #10 as to Philip Dippolt - when document viewed a blank screen appeared. Document added in error, computer had to be rebooted and document was then able to be seen. (Finn, Mary) (Entered: 09/21/2005) |
| 10/17/2005 | 12 | Assented to MOTION to Modify Conditions of Release as to Philip Dippolt. (Hoose, David) (Entered: 10/17/2005) |
| 10/19/2005 | | Judge Kenneth P. Neiman : ElectronicORDER entered granting 12 assented-to Motion to Modify Conditions of Release as to Philip Dippolt (1). (Neiman, Kenneth) (Entered: 10/19/2005) |
| 11/09/2005 | | NOTICE OF RESCHEDULING as to Philip Dippolt ISSUED, cc:cl. Status Conference set for 11/15/2005 12:45 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: |

| | | 11/09/2005) |
|---|---|---|
| 11/09/2005 | 13 | Parties' JOINT MEMORANDUM of the parties re initial status conference by Philip Dippolt filed. (Finn, Mary) (Entered: 11/10/2005) |
| 11/14/2005 | | NOTICE OF RESCHEDULING ISSUED, cc:cl. Status Conference rescheduled to 11/21/2005 at 3:30 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 11/14/2005) |
| 11/21/2005 | | ElectronicClerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Vuono and Hoose) appear for Final Status Conference as to Philip Dippolt held on 11/21/2005. Case ready to proceed to District Judge. Final Status Report to issue. (Digital Recording #FTR.) (Healy, Bethaney) (Entered: 11/22/2005) |
| 11/22/2005 | 14 | Magistrate Judge Kenneth P. Neiman. FINAL STATUS REPORT as to Philip Dippolt. cc:cl. Initial Pretrial Conference set for 12/8/2005 at 2:00 PM in Courtroom 1 before District Judge Michael A Ponsor. (Healy, Bethaney) (Entered: 11/22/2005) |
| 12/08/2005 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Philip Dippolt held on 12/8/2005 - Motion to supress to be filed b 1/06/06; opposition by 1/27/06; Oral argument on 2/9/06 at 3:00 p.m. (Court Reporter Alice Moran.) (French, Elizabeth) Modified on 12/8/2005 (Finn, Mary) to change date of motion to suppress filing to 1/06/2006. (Entered: 12/08/2005) |
| 01/18/2006 | | Letter from defense counsel received as to Philip Dippolt - indicates no motion to suppress will be filed; therefore, hearing date originally set to hear motion shall be utilized as status conference on 2/9/06 at 3:00 p.m. (French, Elizabeth) (Entered: 01/18/2006) |
| 01/30/2006 | 15 | Govt's Assented to MOTION for an Order of Excludable Delay for the time period from September 20, 2005 to February 9, 2006 as to Philip Dippoltby USA filed. (Finn, Mary) (Entered: 01/31/2006) |
| 01/31/2006 | | Judge Michael A Ponsor : Electronic ORDER entered granting 15 Motion to Exclude as to Philip Dippolt (1) "In these circumstances, the interests of justice outweigh the usual interest in a speedy trial" (French, Elizabeth) (Entered: 01/31/2006) |
| 02/09/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Philip Dippolt held on 2/9/2006 Change of Plea Hearing set for 3/1/2006 03:00 PM in Courtroom 1 before Judge Michael A Ponsor. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 02/09/2006) |
| 02/13/2006 | 16 | NOTICE OF ATTORNEY APPEARANCE Thomas J. O'Connor, Jr appearing for USA. (O'Connor, Thomas) (Entered: 02/13/2006) |
| 03/01/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Change of Plea Hearing as to Philip Dippolt held on 3/1/2006, Plea entered by Philip Dippolt (1) Guilty Count 1. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 03/01/2006) |

| | | |
|---|---|---|
| 03/01/2006 | 17 | Judge Michael A Ponsor : Electronic ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Philip Dippolt Sentencing set for 5/31/2006 03:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 03/01/2006) |
| 05/03/2006 | 18 | MOTION to Continue *Sentencing* to 07/05/2006 to sentencing hearing as to Philip Dippolt. (Hoose, David) (Entered: 05/03/2006) |
| 05/03/2006 | 19 | NOTICE OF ATTORNEY APPEARANCE Karen L. Goodwin appearing for USA. (Goodwin, Karen) (Entered: 05/03/2006) |
| 05/04/2006 | | Judge Michael A Ponsor : endorsedORDER entered denying 18 Motion to Continue as to Philip Dippolt (1) "It is not clear why the preparations described cannot be completed in the three and a half weeks remaining" (French, Elizabeth) (Entered: 05/04/2006) |
| 05/04/2006 | 20 | MOTION for Reconsideration *of Motion to Continue Sentencing* as to Philip Dippolt. (Hoose, David) (Entered: 05/04/2006) |
| 05/08/2006 | | ELECTRONIC NOTICE OF HEARING ON MOTION as to Philip Dippolt 20 MOTION for Reconsideration *of Motion to Continue Sentencing*: MOTION HEARING SET for 5/12/2006 01:30 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 05/08/2006) |
| 05/12/2006 | 21 | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Motion Hearing as to Philip Dippolt held on 5/12/2006 re 20 MOTION for Reconsideration *of Motion to Continue Sentencing* filed by Philip Dippolt, Motion allowed - Sentencing hearing reset to 7/5/06 at 3:00 p.m.(Court Reporter Sara Mubarek.) (French, Elizabeth) (Entered: 05/12/2006) |
| 05/12/2006 | | Judge Michael A Ponsor : endorsedORDER entered granting 20 Motion for Reconsideration as to Philip Dippolt (1) (French, Elizabeth) (Entered: 05/15/2006) |
| 05/30/2006 | 22 | Defendant's Objections & Supplementations to Draft Presentence Report as to Philip Dippolt. (Hoose, David) Modified on 5/30/2006 to modify text. (Stuckenbruck, John). (Entered: 05/30/2006) |
| 05/30/2006 | | Attorney update in case as to Philip Dippolt. Attorney Ariane D. Vuono terminated. (Stuckenbruck, John) (Entered: 05/30/2006) |
| 05/30/2006 | | Attorney update in case as to Philip Dippolt. Attorney Thomas J. O'Connor, Jr terminated. (Stuckenbruck, John) (Entered: 05/30/2006) |
| 06/27/2006 | 23 | SENTENCING MEMORANDUM by Philip Dippolt (Hoose, David) (Entered: 06/27/2006) |
| 07/05/2006 | 24 | MOTION for downward Departure as to Philip Dippolt. (French, Elizabeth) (Entered: 07/06/2006) |
| 07/12/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Sentencing held on 7/12/2006 for Philip Dippolt (1), Count(s) 1, |

| | | |
|---|---|---|
| | | 12 months and one day imprisonment; Def. to self surrender by 10:00 a.m. on 8/2/06; Supervised release 3 yrs; poss. no firearm;cooperate in collection of DNA; Consume no alcoholic beverages; participate in program for substance and alcohol abuse counseling as directed and contribute to costs; participate in sex offender specific treatment program which may include sex offender specific testing and contribute to costs; submit to periodic polygraph testing to insure compliance w/therapeutic program and contribute to costs; 24 mos home detention w/electronic monitoring and pay daily rate; prohibited from enaging in an occupation, business or profession which would require or enable him to have direct or indirect supervision of children under the age of 18; no viewing or possession of any kind of pornography or sexually explicit materials; no use of internet at home, work or elsewhere, shall not maintain a computer at his residence; report address and any subsequent address changes to probation; register as sex offender as required in any state where he resides, is employed, carries on a vocation or is a student; $100 assessment fee due immediately; forfeit any all matter which contains visual depictions produced, transported, shipped or received in violation of 18:2252 and/of 2252A; including computer system and related items seized by law enforcement officials on 10/20/04;. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 07/12/2006) |
| 07/13/2006 | 25 | Judge Michael A Ponsor : ORDER entered. JUDGMENT as to Philip Dippolt (1), Count(s) 1, 12 months and one day imprisonment; Def. to self surrender by 10:00 a.m. on 8/2/06; Supervised release 3 yrs; poss. no firearm;cooperate in collection of DNA; Consume no alcoholic beverages; participate in program for substance and alcohol abuse counseling as directed and contribute to costs; participate in sex offender specific treatment program which may include sex offender specific testing and contribute to costs; submit to periodic polygraph testing to insure compliance w/therapeutic program and contribute to costs; 24 mos home detention w/electronic monitoring and pay daily rate; prohibited from enaging in an occupation, business or profession which would require or enable him to have direct or indirect supervision of children under the age of 18; no viewing or possession of any kind of pornography or sexually explicit materials; no use of internet at home, work or elsewhere, shall not maintain a computer at his residence; report address and any subsequent address changes to probation; register as sex offender as required in any state where he resides, is employed, carries on a vocation or is a student; $100 assessment fee due immediately; forfeit any all matter which contains visual depictions produced, transported, shipped or received in violation of 18:2252 and/of 2252A; including computer system and related items seized by law enforcement officials on 10/20/04; (French, Elizabeth) (Entered: 07/13/2006) |
| 08/07/2006 | 26 | NOTICE OF APPEAL by USA as to Philip Dippolt Filing fee $ 455. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 8/28/2006. (Goodwin, Karen) (Entered: 08/07/2006) |