*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number:  06-2199

USDC Docket Number :  05-30052-MAP

United States of America

v.

Philip Dippolt

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 29-30  are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 21, 2006.

Sarah A. Thornton, Clerk of Court

By:

/s/ Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

### *UNITED STATES DISTRICT COURT*
### *DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number:  06-2199

USDC Docket Number :  05-30052-MAP


United States of America


v.


Philip Dippolt

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 29-30  are original pleadings to be included with the record on appeal in the above entitled case.


In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 21, 2006.


Sarah A. Thornton, Clerk of Court


By:

/s/ Deborah Scalfani, Deputy Clerk


Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05