UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                                              \*
**UNITED STATES OF AMERICA**                  \*
                                              \*
v.                                            \*       CRIMINAL NO.  05-30052-MAP
                                              \*
**PHILLIP DIPPOLT**                           \*
                                              \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S SECOND MOTION TO CONTINUE REPORTING DATE

Now come the defendant in the above captioned matter and requests that this Honorable Court continue the date for him to report to BOP custody from September 6, 2006 to October 6, 2006 on the ground that the BOP has yet to designate a facility for the defendant to serve his sentence.

        THE DEFENDANT

        By:  /s/ DAVID P. HOOSE
        DAVID P. HOOSE,  BBO#239400
        KATZ, SASSON, HOOSE & TURNBULL
        1145 Main Street, Suite 304
        Springfield, MA  01103
        (413) 732-1939
        (413) 746-5767 [fax]