# MANDATE
# United States Court of Appeals
## For the First Circuit

No. 06-2199

UNITED STATES,

Appellant,

v.

PHILIP DIPPOLT,

Defendant - Appellee.

**JUDGMENT**

Entered: September 21, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of Appellant's assented to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

MARGARET CARTER

By: _____
Margaret Carter, Chief Deputy Clerk

Deputy Clerk
Date: 9/21/06

[cc: Karen Goodwin, AUSA, Dina Michael Chaitowitz, AUSA, David Hoose, Esq.]