UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES OF AMERICA

v.    CRIMINAL NO. 05-30052-MAP

PHILLIP DIPPOLT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S MOTION TO CONTINUE REPORTING DATE

Now come the defendant in the above captioned matter and requests that this Honorable Court continue the date for him to report to BOP custody from October 6, 2006 to November 6, 2006 on the ground that the BOP has yet to designate a facility for the defendant to serve his sentence.

THE DEFENDANT

By: /s/ DAVID P. HOOSE
 DAVID P. HOOSE, BBO#239400
KATZ, SASSON, HOOSE & TURNBULL
1145 Main Street, Suite 304
Springfield, MA 01103
(413) 732-1939
(413) 746-5767 [fax]