```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )   Criminal No. 05CR30052-MAP
                            )
PHILIP J. DIPPOLT,          )
                            )
     Defendant              )
```

## MEMORANDUM RE HOME DETENTION

The United States subject this memorandum in response to the request of the Probation Department to eliminate the requirement of electronic monitoring from the defendant's sentence of home detention.

The defendant faced a sentencing guideline range of 57-71 months after entering a guilty plea to possession of child pornography. On July 5, 2006, the court sentenced the defendant to a period of incarceration of one year and a day to be followed by 24 months of home detention with electronic monitoring. The court departed from the guideline range on the basis of the defendant's medical condition.

Since release from prison in September, 2007, the defendant has been residing at the North King Motel in Northampton. The Probation Department has asked that the condition of electronic monitoring be eliminated because the hotel residence is not conducive to electronic monitoring.

The government recognizes the difficulty of electronic monitoring in a hotel setting. However, given the serious nature

of the defendant's offense, which involved possession thousands of images of child pornography, including images of bondage and torture, eliminating electronic monitoring would not serve the sentencing goals of punishment and deterrence.

The Probation Department indicated that the defendant has been approved for public benefits, including Social Security, welfare and veterans benefits. Accordingly, the defendant should be required establish residence at a location where electronic monitoring or face a return to prison.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By:   /s/Karen L. Goodwin
>        KAREN L. GOODWIN
>        Assistant U.S. Attorney

## Certificate of Service

I hereby certify that on November 30, 2007, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

> /s/Karen L. Goodwin
> KAREN L. GOODWIN
> Assistant U.S. Attorney